# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial
proceedings in the action(s) on this conditional remand order have been completed and that remand
to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to
its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States
Judicial Panel on Multidistrict Litigation,</u> the transmittal of this order to the transferee clerk for
filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with
the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the
Panel. This order does not become effective until it is filed in the office of the Clerk for the United
States District Court for the Southern District of West Virginia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for
the Southern District of West Virginia with a stipulation or designation of the contents of the record
to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 29, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**
                                                                        MDL No. 2327

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| WVS | 2 | 12–03896 | ALS | 2 | 12–00451 | Jelks v. Ethicon, Inc. et al |
| WVS | 2 | 13–03046 | AZ | 2 | 13–00223 | Mortimer v. Ethicon, Inc. et al |
| WVS | 2 | 12–01021 | AZ | 4 | 12–00219 | Ruiz v. Ethicon, Inc. et al |
| WVS | 2 | 12–04591 | CAN | 3 | 12–03279 | Ferrer v. Ethicon, Inc. et al |
| WVS | 2 | 12–04586 | FLM | 2 | 12–00404 | Thomson–Roy v. Ethicon, Inc. et al |
| WVS | 2 | 12–04269 | FLS | 0 | 12–61428 | Carbon et al v. Ethicon, Inc. et al |
| WVS | 2 | 12–04992 | FLS | 0 | 12–61531 | Pirlein v. Ethicon, Inc. et al |
| WVS | 2 | 12–02160 | LAW | 6 | 12–01550 | Semere v. Ethicon, Inc. et al |
| WVS | 2 | 12–02959 | MOW | 4 | 12–00730 | Rutherford et al v. Ethicon, Inc. et al |
| WVS | 2 | 12–03724 | MSS | 3 | 12–00485 | Staton v. Ethicon, Inc. et al |
| WVS | 2 | 15–13014 | NJ | 3 | 15–06305 | Crowe et al v. Ethicon, Inc. et al |
| WVS | 2 | 12–01538 | SC | 6 | 12–01148 | McGathey v. Ethicon, Inc. et al |
| WVS | 2 | 12–01278 | TXS | 4 | 12–00910 | Nix v. Ethicon, Inc. et al |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

### ORDER AND SUGGESTION OF REMAND

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that the cases on Exhibit A be remanded to the United States District Courts from which they came, as identified on Exhibit A. The cases were transferred by the Judicial Panel on Multidistrict Litigation ("JPML") and are related to MDL 2327 ("Ethicon MDL"), 2:12-md-2327, one of seven MDLs assigned to me by the JPML. The seven MDLs combined totaled over 100,000 cases since inception.

Of the approximately 39,616 cases originally filed in or transferred to the Ethicon MDL, 235 remain. Of the remaining 235 cases, 13 are listed on Exhibit A and are ready to be remanded to the jurisdictions from which they came. In particular, the time to conduct discovery is complete and the parties have had time to file dispositive and *Daubert* motions, responses and replies.

For the convenience of the parties and in order to promote the final resolution of these cases, it appears to the court that the cases would be more expeditiously concluded in the venues from which they arise. ***Upon remand, I urge the receiving court to immediately set these cases***

*for trial without reopening discovery. Further discovery will only result in unjust delay. Extensive development of these cases over a period of years has made such further action completely unnecessary.*

On or before **October 26, 2020 (7 days from the date of this order)**, the parties are **ORDERED** to confer and to file *in their individual case*, all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider. When filing the documents from the main MDL, the parties are directed to use the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents). When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (i.e. ECF 96 – Defendant's Motion for Summary Judgment).

The court **ORDERS** that upon receipt and filing of an order to remand from the Clerk of the JPML (hereinafter the "Transfer Date"), the Clerk of this court, pursuant to 28 U.S.C. § 1407, shall remand the cases to the jurisdictions identified on Exhibit A. If the cases remain pending on the Transfer Date, they must be remanded, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order. The parties and the receiving court are advised that all Pretrial Orders entered in this matter are available for review on the court's website at www.wvsd.uscourts.gov/MDL/2327/orders.html, and the master docket sheet can be found on this court's CM/ECF at 2:12-md-2327. *Finally, the court advises the parties that while the docket of these individual cases will be remanded to the receiving court, it*

*is the parties' responsibility to follow the receiving court's procedure for identifying any individual motions that remain pending and in need of ruling.*

On the Transfer Date, the Clerk is hereby **DIRECTED** to use the appropriate function in CM/ECF to extract the cases on Exhibit A and remand them to the jurisdictions identified on Exhibit A. After remand of the cases, the Clerk is **DIRECTED** to formally dismiss the cases and strike them from the docket of this court.

The court further **DIRECTS** that a copy of this Order and Suggestion of Remand and Exhibit A be filed in the cases on Exhibit A and sent to the Clerk of the MDL Panel and counsel of record or any unrepresented party.

ENTER: October 19, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
# REMANDS

|   | MDL Case No. | Last Name | First Name | Venue |
|---|---|---|---|---|
| 1 | 2:12-cv-04269 | Carbon | Ediany | SD Florida |
| 2 | 2:15-cv-13014 | Crowe | Rowena | D New Jersey |
| 3 | 2:12-cv-04591 | Ferrer | Brooke | ND California |
| 4 | 2:12-cv-03896 | Jelks | Mary A. | SD Alabama |
| 5 | 2:12-cv-01538 | McGathey | Elizabeth Maxine | D South Carolina |
| 6 | 2:12-cv-02959 | Rutherford | Jamie | WD Missouri |
| 7 | 2:12-cv-02160 | Semere | Yvonne | WD Louisiana |
| 8 | 2:12-cv-04586 | Thomson-Roy | Jeannae Marie | MD Florida |
| 9 | 2:13-cv-03046 | Mortimer | Victoria Lyn | D Arizona |
| 10 | 2:12-cv-01278 | Nix | Cynthia | SD Texas |
| 11 | 2:12-cv-04992 | Pirlein | Adelheid | SD Florida |
| 12 | 2:12-cv-01021 | Ruiz | Patricia | D Arizona |
| 13 | 2:12-cv-03724 | Staton | Toni | SD Mississippi |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 10/29/2020 at 10:27 AM EDT and filed on 10/29/2020

**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**Case Number:** [MDL No. 2327](#)

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

**Case Name:** Mortimer v. Ethicon, Inc. et al

**Case Number:** AZ/2:13-cv-00223
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 10/29/2020.

Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)

**Case Name:** Ruiz v. Ethicon, Inc. et al
**Case Number:** AZ/4:12-cv-00219
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in

MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 10/29/2020.

Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)

| | |
|---|---|
| **Case Name:** | Nix v. Ethicon, Inc. et al |
| **Case Number:** | TXS/4:12-cv-00910 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 10/29/2020.

Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)

| | |
|---|---|
| **Case Name:** | Crowe et al v. Ethicon, Inc. et al |
| **Case Number:** | NJ/3:15-cv-06305 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 10/29/2020.

Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531,

**LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

| | |
|---|---|
| **Case Name:** | Staton v. Ethicon, Inc. et al |
| **Case Number:** | MSS/3:12-cv-00485 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

| | |
|---|---|
| **Case Name:** | Semere v. Ethicon, Inc. et al |
| **Case Number:** | LAW/6:12-cv-01550 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

| | |
|---|---|
| **Case Name:** | McGathey v. Ethicon, Inc. et al |
| **Case Number:** | SC/6:12-cv-01148 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 10/29/2020.

Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)

| | |
|---|---|
| **Case Name:** | Pirlein v. Ethicon, Inc. et al |
| **Case Number:** | FLS/0:12-cv-61531 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 10/29/2020.

Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)

| | |
|---|---|
| Case Name: | Rutherford et al v. Ethicon, Inc. et al |
| Case Number: | MOW/4:12-cv-00730 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 10/29/2020.

Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)

| | |
|---|---|
| Case Name: | Carbon et al v. Ethicon, Inc. et al |
| Case Number: | FLS/0:12-cv-61428 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

| | |
|---|---|
| **Case Name:** | Ferrer v. Ethicon, Inc. et al |
| **Case Number:** | CAN/3:12-cv-03279 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).**

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 10/29/2020.

Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)

| | |
|---|---|
| **Case Name:** | Thomson-Roy v. Ethicon, Inc. et al |
| **Case Number:** | FLM/2:12-cv-00404 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to

furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 10/29/2020.

Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)

| | |
|---|---|
| **Case Name:** | Jelks v. Ethicon, Inc. et al |
| **Case Number:** | ALS/2:12-cv-00451 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 10/29/20. Please see pleading (8 in ALS/2:12-cv-00451, 8 in AZ/2:13-cv-00223, 8 in AZ/4:12-cv-00219, 8 in CAN/3:12-cv-03279, 8 in FLM/2:12-cv-00404, 8 in FLS/0:12-cv-61428, 8 in FLS/0:12-cv-61531, 8 in LAW/6:12-cv-01550, [3689] in MDL No. 2327, 8 in MOW/4:12-cv-00730, 8 in MSS/3:12-cv-00485, 8 in NJ/3:15-cv-06305, 8 in SC/6:12-cv-01148, 8 in TXS/4:12-cv-00910).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 10/29/2020.

Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)

**No public notice (electronic or otherwise) sent because the entry is private**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 10/29/2020 at 10:24 AM EDT and filed on 10/29/2020
**Case Name:**    IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 3689

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # (1) Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

**Case Name:**    Mortimer v. Ethicon, Inc. et al
**Case Number:**   AZ/2:13-cv-00223
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6**

in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

| Case Name: | Ruiz v. Ethicon, Inc. et al |
|---|---|
| Case Number: | AZ/4:12-cv-00219 |
| Filer: | |
| Document Number: | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

| Case Name: | Nix v. Ethicon, Inc. et al |
|---|---|
| Case Number: | TXS/4:12-cv-00910 |
| Filer: | |
| Document Number: | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

| | |
|---|---|
| **Case Name:** | Crowe et al v. Ethicon, Inc. et al |
| **Case Number:** | NJ/3:15-cv-06305 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

| | |
|---|---|
| **Case Name:** | Staton v. Ethicon, Inc. et al |
| **Case Number:** | MSS/3:12-cv-00485 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531,**

**LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

| | |
|---|---|
| **Case Name:** | Semere v. Ethicon, Inc. et al |
| **Case Number:** | LAW/6:12-cv-01550 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

| | |
|---|---|
| **Case Name:** | McGathey v. Ethicon, Inc. et al |
| **Case Number:** | SC/6:12-cv-01148 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

| | |
|---|---|
| **Case Name:** | Pirlein v. Ethicon, Inc. et al |

**Case Number:**   FLS/0:12-cv-61531
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

**Case Name:**   Rutherford et al v. Ethicon, Inc. et al
**Case Number:**   MOW/4:12-cv-00730
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

**Case Name:**   Carbon et al v. Ethicon, Inc. et al
**Case Number:**   FLS/0:12-cv-61428
**Filer:**
**Document Number:** 8

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

**Case Name:**       Ferrer v. Ethicon, Inc. et al
**Case Number:**    CAN/3:12-cv-03279
**Filer:**
**Document Number:** 8

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

**Case Name:**       Thomson-Roy v. Ethicon, Inc. et al
**Case Number:**    FLM/2:12-cv-00404
**Filer:**
**Document Number:** 8

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in**

**MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**

| | |
|---|---|
| **Case Name:** | Jelks v. Ethicon, Inc. et al |
| **Case Number:** | ALS/2:12-cv-00451 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in ALS/2:12-cv-00451, 6 in AZ/2:13-cv-00223, 6 in AZ/4:12-cv-00219, 6 in CAN/3:12-cv-03279, 6 in FLM/2:12-cv-00404, 6 in FLS/0:12-cv-61428, 6 in FLS/0:12-cv-61531, 6 in LAW/6:12-cv-01550, [3687] in MDL No. 2327, 6 in MOW/4:12-cv-00730, 6 in MSS/3:12-cv-00485, 6 in NJ/3:15-cv-06305, 6 in SC/6:12-cv-01148, 6 in TXS/4:12-cv-00910) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 10/29/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ALS/2:12-cv-00451, AZ/2:13-cv-00223, AZ/4:12-cv-00219, CAN/3:12-cv-03279, FLM/2:12-cv-00404, FLS/0:12-cv-61428, FLS/0:12-cv-61531, LAW/6:12-cv-01550, MOW/4:12-cv-00730, MSS/3:12-cv-00485, NJ/3:15-cv-06305, SC/6:12-cv-01148, TXS/4:12-cv-00910 (DP)**


**MDL No. 2327 Notice has been electronically mailed to:**

THOMAS R. ANAPOL     tanapol@anapolweiss.com

Carl N Frankovitch     carln@facslaw.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F Bell, Jr     hfbell@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    paul@farrell.law, lora@farrell.law

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**AZ/2:13-cv-00223 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Mary G. Pryor    mpryor@cavanaghlaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

David Kuttles    DXK@lanierlawfirm.com

W. Mark Lanier    Mark.Lanier@lanierlawfirm.com, amber.nona@lanierlawfirm.com, audrey.moore@lanierlawfirm.com, jrm@lanierlawfirm.com, mark.lanier@lanierlawfirm.com, rachel.lanier@lanierlawfirm.com

Kelly Ann Fitzpatrick (Terminated)    Kelly@venturalaw.com

Susan M. Robinson    srobinson@tcspllc.com

John Edward Charland    info@charlandlawfirm.com

Anita Modak-Truran    anita.modak-truran@butlersnow.com, Anita.Modak-Truran@butlersnow.com

Ian Stern Millican (Terminated)    IMillican@RobinsKaplan.com

Bradley James Johnston    bjohnston@cavanaghlaw.com

Margaret H. Loveman    margaret.loveman@butlersnow.com

**AZ/2:13-cv-00223 Notice will not be electronically mailed to:**

**AZ/4:12-cv-00219 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

THOMAS R. ANAPOL    tanapol@anapolweiss.com, aescobedo@anapolweiss.com, ffanelli@anapolweiss.com, jcentifonti@anapolweiss.com, sslater@anapolweiss.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Amy Sherry Fischer    amyfischer@oklahomacounsel.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Timothy C. Holm    timothy.holm@modrall.com

Barry J Koopmann    barry.koopmann@bowmanandbrooke.com, kelly.mills@bowmanandbrooke.com

Alex Cameron Walker    awalker@modrall.com, victorial@modrall.com

Bobby J Bradford    bbradford@awkolaw.com

Philip J. Combs    pcombs@tcspllc.com

Bryan F. Aylstock    baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, bwilliams@awkolaw.com, churt@awkolaw.com

Joseph A. Osborne    josborne@realtoughlawyers.com, aromanelli@realtoughlawyers.com, dmonahan@realtoughlawyers.com, rbell@realtoughlawyers.com

LARRY E. COBEN    lcoben@anapolweiss.com, tpepin@cobenlaw.com

D. Renee Baggett    rbaggett@awkolaw.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Joshua J. Wes    joshua.wes@tuckerellis.com

Rita A Maimbourg    rmaimbourg@tuckerellis.com

Susan M. Robinson    srobinson@tcspllc.com

K. Cameron Johnson (Terminated)    cameron.johnson@modrall.com

S. Mary Liu    mliu@awkolaw.com

DANIEL J. THORNBURGH     dthornburgh@awkolaw.com

Lydia T Lucius     llucius@awkolaw.com, wlabarge@awkolaw.com

Samantha Margaret Katen     skaten@awkolaw.com

**AZ/4:12-cv-00219 Notice will not be electronically mailed to:**

Ethicon Women's Health and Urology

Gynecare

**TXS/4:12-cv-00910 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Tracy J. Van Steenburgh     tvan@nilanjohnson.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Douglas C Monsour     doug@monsourlawfirm.com, ronda@monsourlawfirm.com

Benjamin M Watson     ben.watson@butlersnow.com

Douglass A. Kreis     dkreis@awkolaw.com, athane@awkolaw.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Timothy C. Holm     timothy.holm@modrall.com

Bobby J Bradford     bbradford@awkolaw.com

Philip J. Combs     pcombs@tcspllc.com

Bryan F. Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, bwilliams@awkolaw.com, churt@awkolaw.com

D. Douglas Grubbs     dgrubbs@leemurphylaw.com

D. Renee Baggett     rbaggett@awkolaw.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Lisa L. Causey     lcausey@salim-beasley.com

Kathryn June Skagerberg     kskagerberg@beckredden.com

Alyssa Brittany McDaniel     amcdaniel@beckredden.com

Kathleen A Gallagher     kgallagher@beckredden.com

DANIEL J. THORNBURGH     dthornburgh@awkolaw.com

Kasey M. Adams     Kasey.Adams@butlersnow.com

Jay H. Henderson     jhenderson@fibichlaw.com

**TXS/4:12-cv-00910 Notice will not be electronically mailed to:**

**NJ/3:15-cv-06305 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, katyel@erichweinberg.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Wesley Chadwick Cook     chad.cook@beasleyallen.com, ellen.royal@beasleyallen.com,
tabitha.dean@beasleyallen.com

P. Leigh O'Dell     leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

Andy D. Birchfield, Jr     Andy.Birchfield@BeasleyAllen.com, kelli.alfreds@beasleyallen.com,
lasonya.lucas@beasleyallen.com

Susan M. Robinson     srobinson@tcspllc.com

Christopher D. Morris     chris.morris@butlersnow.com

Andrew David Tharp     andrew.tharp@butlersnow.com

Margaret H. Loveman     margaret.loveman@butlersnow.com

Kasey M. Adams     Kasey.Adams@butlersnow.com

**NJ/3:15-cv-06305 Notice will not be electronically mailed to:**

**MSS/3:12-cv-00485 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

Chad R. Hutchinson     chad.hutchinson@butlersnow.com

Douglass A. Kreis     dkreis@awkolaw.com, athane@awkolaw.com, mburton@awkolaw.com,
pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Bobby J Bradford     bbradford@awkolaw.com

Bryan F. Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com,
bwilliams@awkolaw.com, churt@awkolaw.com

Patty Ann Trantham     agayle@awkolaw.com

D. Renee Baggett     rbaggett@awkolaw.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Leslie D. Roussell     LeslieRoussell@bellsouth.net

Jordan N Walker     Jordan.Walker@butlersnow.com

S. Mary Liu     mliu@awkolaw.com

DANIEL J. THORNBURGH     dthornburgh@awkolaw.com

Ashley Nader Stubbs     ashley.stubbs@butlersnow.com

Christopher D. Morris      chris.morris@butlersnow.com

Paul Stokely Rosenblatt      paul.rosenblatt@butlersnow.com

**MSS/3:12-cv-00485 Notice will not be electronically mailed to:**

Laura Hill Dixon
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

**LAW/6:12-cv-01550 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Kim E. Moore      kmoore@irwinllc.com

William M. Gage      william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

Douglass A. Kreis (Terminated)      dkreis@awkolaw.com, athane@awkolaw.com,
mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

Camala E Capodice      ccapodice@irwinllc.com

James B. Irwin      jirwin@irwinllc.com, jimmy@irwinllc.com

Philip J. Combs      pcombs@tcspllc.com

Bryan F. Aylstock (Terminated)      baylstock@awkolaw.com, Jlindsey@awkolaw.com,
athane@awkolaw.com, bwilliams@awkolaw.com, churt@awkolaw.com

Stephanie Lottinger Irwin      sirwin@irwinllc.com

D. Renee Baggett (Terminated)      rbaggett@awkolaw.com

Kari L. Sutherland      kari.sutherland@butlersnow.com

Susan M. Robinson      srobinson@tcspllc.com

Lisa L. Causey      lcausey@salim-beasley.com

Darleene Darensbourg Peters      dpeters@irwinllc.com

Jordan N Walker      Jordan.Walker@butlersnow.com

Ashley Nader Stubbs      ashley.stubbs@butlersnow.com

Richard T. Haik, Jr      richardh@mmrblaw.com

Jay H. Henderson      jhenderson@fibichlaw.com

William Winnfield Stagg      bill@dmsfirm.com

Jonathan R. Villien      jonathan@dmsfirm.com

**LAW/6:12-cv-01550 Notice will not be electronically mailed to:**

**SC/6:12-cv-01148 Notice has been electronically mailed to:**

Patricia Elaine Lowry      patricia.lowry@squirepb.com

Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage      william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

BRENDA S. FULMER      bsf@searcylaw.com, BSF@searcylaw.com, afs@searcylaw.com, cbr@searcylaw.com, kkiziah@searcylaw.com, oap@searcylaw.com, svm@searcylaw.com

Philip J. Combs      pcombs@tcspllc.com

Clell Calvin Warriner, III      ccw@searcylaw.com, CCW@searcylaw.com, _ccwteam@searcylaw.com, cbr@searcylaw.com, oap@searcylaw.com

Thomas M. Creech, Jr      tmcreech@bellsouth.net

Susan M. Robinson      srobinson@tcspllc.com

Andrew R. Kruppa      andrew.kruppa@squirepb.com

Joshua C. Carpenter      joshua.carpenter@squirepb.com

**SC/6:12-cv-01148 Notice will not be electronically mailed to:**

**FLS/0:12-cv-61531 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Neil D. Overholtz      noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, mschamberger@awkolaw.com, pbarr@awkolaw.com, prichardson@awkolaw.com, sgeisler@awkolaw.com

William M. Gage      william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Douglass A. Kreis      dkreis@awkolaw.com, athane@awkolaw.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

Bobby J Bradford      bbradford@awkolaw.com

Philip J. Combs      pcombs@tcspllc.com

Bryan F. Aylstock      baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, bwilliams@awkolaw.com, churt@awkolaw.com

Joseph A. Osborne      josborne@realtoughlawyers.com, aromanelli@realtoughlawyers.com, dmonahan@realtoughlawyers.com, rbell@realtoughlawyers.com, service@realtoughlawyers.com

Nathan C. Bess      nbess@awkolaw.com

Patty Ann Trantham      agayle@awkolaw.com

Kelly Strange Crawford      kcrawford@riker.com

D. Renee Baggett      rbaggett@awkolaw.com

Kari L. Sutherland      kari.sutherland@butlersnow.com

Susan M. Robinson      srobinson@tcspllc.com

Stephen E. McConnico      smcconnico@scottdoug.com

DANIEL J. THORNBURGH      dthornburgh@awkolaw.com

Cynthia L. Saiter    csaiter@scottdoug.com

Lydia T Lucius    llucius@awkolaw.com, wlabarge@awkolaw.com

**FLS/0:12-cv-61531 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00730 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Kirk J. Goza    kgoza@gohonlaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

James P Frickleton    jimf@bflawfirm.com

Bettina Joist Strauss    bjstrauss@bryancave.com

Philip J. Combs    pcombs@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

James R. Bartimus    jb@bflawfirm.com, atarvin@bflawfirm.com

Anne Tarvin    atarvin@bflawfirm.com

**MOW/4:12-cv-00730 Notice will not be electronically mailed to:**

**FLS/0:12-cv-61428 Notice has been electronically mailed to:**

Patricia Elaine Lowry    patricia.lowry@squirepb.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,

brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs     pcombs@tcspllc.com

Joseph A. Osborne     josborne@realtoughlawyers.com, aromanelli@realtoughlawyers.com, dmonahan@realtoughlawyers.com, rbell@realtoughlawyers.com, service@realtoughlawyers.com

S. Eric Rumanek     eric.rumanek@troutman.com

Halli Cohn     halli.cohn@troutman.com, jamisha.collins@troutman.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Andrew R. Kruppa     andrew.kruppa@squirepb.com

Andrew Norden     anorden@oa-lawfirm.com

Ami Rebecca Romanelli     aromanelli@oa-lawfirm.com

Susanna Moore Moldoveanu     susanna.moldoveanu@butlersnow.com, Susanna.Moldoveanu@butlersnow.com

Joshua C. Carpenter     joshua.carpenter@squirepb.com

Jill Kuhn     jill.kuhn@troutman.com

Kaylan Michelle Meaza     kaylan.meaza@troutmansanders.com

**FLS/0:12-cv-61428 Notice will not be electronically mailed to:**

David Frederic Norden
TROUTMAN SANDERS
5200 Bank of America Plaza
600 Peachtree Street, NE
Atlanta, GA 30308-2216

**CAN/3:12-cv-03279 Notice has been electronically mailed to:**

Patricia Elaine Lowry     patricia.lowry@squirepb.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,

mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs    pcombs@tcspllc.com

Joseph A. Osborne    josborne@realtoughlawyers.com, aromanelli@realtoughlawyers.com, dmonahan@realtoughlawyers.com, rbell@realtoughlawyers.com, service@realtoughlawyers.com

S. Eric Rumanek    eric.rumanek@troutman.com

Halli Cohn    halli.cohn@troutman.com, jamisha.collins@troutman.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew R. Kruppa    andrew.kruppa@squirepb.com

J. Robert Bell, III    rbell@oa-lawfirm.com

Ami Rebecca Romanelli    aromanelli@oa-lawfirm.com

Susanna Moore Moldoveanu    susanna.moldoveanu@butlersnow.com, Susanna.Moldoveanu@butlersnow.com

Joshua C. Carpenter    joshua.carpenter@squirepb.com

Jonathan Ross Weiss    jonathan.weiss@squirepb.com

**CAN/3:12-cv-03279 Notice will not be electronically mailed to:**

David Frederic Norden
TROUTMAN SANDERS
5200 Bank of America Plaza
600 Peachtree Street, NE
Atlanta, GA 30308-2216

**FLM/2:12-cv-00404 Notice has been electronically mailed to:**

Patricia Elaine Lowry    patricia.lowry@squirepb.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,

catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

BRENDA S. FULMER     bsf@searcylaw.com, afs@searcylaw.com, cbr@searcylaw.com, kkiziah@searcylaw.com, oap@searcylaw.com, svm@searcylaw.com

Philip J. Combs     pcombs@tcspllc.com

S. Eric Rumanek     eric.rumanek@troutman.com

Halli Cohn     halli.cohn@troutman.com, jamisha.collins@troutman.com

Clell Calvin Warriner, III     ccw@searcylaw.com, _ccwteam@searcylaw.com, cbr@searcylaw.com, oap@searcylaw.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Laurie J. Briggs     lxb@searcylaw.com

Andrew R. Kruppa     andrew.kruppa@squirepb.com

Susanna Moore Moldoveanu     susanna.moldoveanu@butlersnow.com, Susanna.Moldoveanu@butlersnow.com

Joshua C. Carpenter     joshua.carpenter@squirepb.com

Jonathan Ross Weiss     jonathan.weiss@squirepb.com

**FLM/2:12-cv-00404 Notice will not be electronically mailed to:**

David Frederic Norden
TROUTMAN SANDERS
5200 Bank of America Plaza
600 Peachtree Street, NE
Atlanta, GA 30308-2216

**ALS/2:12-cv-00451 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,

catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

James C Barton, Jr    jim.barton@butlersnow.com

Rand P. Nolen    Rand_nolen@fleming-law.com, pam_myers@fleming-law.com, rand_nolen@fleming-law.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

G. Sean Jez    sean_jez@fleming-law.com

George M. Fleming    George_fleming@fleming-law.com, mary_marusik@fleming-law.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs    pcombs@tcspllc.com

Helen Kathryn Downs    HK.Downs@butlersnow.com

Jon C. Conlin    jconlin@corywatson.com, lstovall@cwcd.com, mtheodore@corywatson.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

David Hobbs    david_hobbs@fleming-law.com

**ALS/2:12-cv-00451 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/29/2020] [FileNumber=1022760-0
] [878c6c7fb6f65b4383b9bf2dde70f85791372fec6a6f7c3d2f0311ea5e2f5571056
57b41a78f6fef1fa45e89a2a622a1d508eda43a05fae9741c0acd43791efb]]
**Document description:** Suggestion of Remand
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=10/29/2020] [FileNumber=1022760-1
] [c1ae3f5c84f71670a197addaad9399cd1a9d30adca17cd5d9b315fc31eb8eaef877
01b3fba0f2c28422720ab11cdafd4bc640c44f574b4bb025149c0cc8ebf98]]